IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Follin, Valerie

Printed: 4/1/08

Case Number: 04 B 39256
Judge: Wedoff, Eugene R
Filed: 10/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 29, 2008
Confirmed: December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,700.63 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,357.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,694.00 |
| Trustee Fee: |  | 321.10 |
| Other Funds: |  | 328.19 |
| Totals: | 6,700.63 | 6,700.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,694.00 | 2,694.00 |
| 2. | Peoples Energy Corp | Unsecured | 74.00 | 0.00 |
| 3. | Accounts Receiveable Service | Unsecured | 3,357.34 | 3,357.34 |
| 4. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 5. | First National Bank | Unsecured |  | No Claim Filed |
| 6. | Michael Reese Hospital | Unsecured |  | No Claim Filed |
| 7. | Providian | Unsecured |  | No Claim Filed |
| 8. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,125.34 | $ 6,051.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 27.53 |
| 4% | 12.37 |
| 3% | 9.19 |
| 5.5% | 51.86 |
| 5% | 15.63 |
| 4.8% | 125.35 |
| 5.4% | 79.17 |
|  | _____ |
|  | $ 321.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Follin, Valerie | Case Number:  04 B 39256 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  10/21/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

